ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-831 DSD/JMM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARY A. LARSON,<br>a/k/a/ MARY A. CORBITT<br><br>Defendant,<br><br>US BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about June 15, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about June 22, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee did not have in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on June 15, 2001 is hereby released.

Dated: 9/5/01

Magistrate Judge
United States District Court

SEP 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK